IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-120-CV





VANYO INVESTMENT AND TRADING COMPANY AND IVAN PEARSON,



 APPELLANTS


vs.





HERBERT PILLER,



 APPELLEE



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT



NO. 93-08263, HONORABLE MIKE LYNCH, JUDGE PRESIDING



 




PER CURIAM

 Appellants have filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Kidd and B. A. Smith

Dismissed on Appellants' Motion

Filed: June 1, 1994

Do Not Publish